# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162611(50)

JESSE AUSTIN and SAMANTHA AUSTIN,
      Plaintiffs-Appellants,

v

MARK'S TIRE, INC., and U.P. TIRE, INC.,
      Defendants-Appellees.

_____/

SC: 162611
COA: 351929
Chippewa CC: 16-014420-NO

      On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted within 21 day of the service of the answer of defendant-appellee Mark's Tire, Inc.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



Clerk